UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re the matter of STEPHEN ULLRICH,<br><br>　　　　　　Plaintiff. | Case No. 1:20-cv-00320-DCN<br><br>**SCREENING ORDER** |

　　　　Plaintiff Stephen Ullrich, a prisoner and pauper, has accumulated three strikes under 28 U.S.C.§ 1915(g) for filing complaints that are frivolous or fail to state a claim upon which relief can be granted. Therefore, he is not permitted to proceed in forma pauperis unless he shows that he is "under imminent danger of serious physical injury." *Id*. In addition, this Court issued a Litigation Management Order on June 19, 2020, prohibiting Plaintiff from filing new complaints without obtaining authorization from the Court to do so. Plaintiff must file a three-page "Request for Authorization for Filing" for each new complaint he desires to file because so many of his previous actions have been repetitious and frivolous. *See* Case 1:20-cv-00035-DCN, Dkt. 2.

　　　　Therefore, the Court reviews Plaintiff's "Request for Authorization for Filing," filed June 24, 2020.

### REVIEW OF REQUEST FOR AUTHORIZATION FOR FILING

　　　　Plaintiff was duly convicted of a crime in state court in 1999 and is serving a life sentence with the Idaho Department of Correction. He filed a federal habeas corpus case

to challenge his conviction and sentence, but it was dismissed on procedural default grounds. He was unable to show cause and prejudice or a miscarriage of justice. *See Ullrich v. Sonnen*, 1:01-cv-00558-LMB,. Petitioner was granted a certificate of appealability, but the United States Court of Appeals for the Ninth Circuit provided no relief to him. The United States Court of Appeals for the Ninth Circuit also denied Plaintiff authorization to file a second or successive federal habeas corpus petition. *See Ullrich v. Blades*, 1:07-cv-00033-EJL.

Plaintiff still believes that he is entitled to relief, and so he continues to file challenges to his conviction and sentence in state and federal court. In both jurisdictions, the courts have imposed pre-filing review orders on Plaintiff to prevent him from abusing the judicial system.

Here, Plaintiff desires to bring the same claims he has brought before: (1) a challenge to his criminal judgment, arguing that he should be permitted to bring it because all of his claims were dismissed on procedural grounds and no court has heard the merits of his claims; (2) a claim that, as a person with physical and psychological disabilities, his rights under the Americans with Disabilities Act (ADA)[1] have been violated by various governmental agencies from 1998 to date, preventing him from adequately challenging his conviction and sentence; and (3) a claim that he should have been civilly committed rather than incarcerated upon his conviction in 1999.

---

[1] Americans with Disabilities Act of 1990, § 1, *et seq*, as amended, 42 U.S.C. § 12101, *et seq*. (Title I), § 12132, *et seq*. (Title II).

SCREENING ORDER - 2

The claims in Plaintiff's current Request for Authorization for Filing have already been adjudicated as explained in *Ullrich v. State of Idaho Judicial Department*, 1:17-cv-00485-DCN and 1:20-cv-00035-DCN. The decisions of the Ninth Circuit prevent this Court from hearing any further claims regarding Plaintiff's conviction and sentence. *See Ullrich v. Sonnen*, 1:01-cv-00558-LMB, and *Ullrich v. Blades*, 1:07-cv-00033-EJL. Plaintiff's attempts to again collaterally challenge his conviction and sentence are prohibited. Therefore, his Request will be denied. His Complaint will be stricken as contrary to the Litigation Management Order issued in Case 1:20-cv-00035-DCN. Dkt. 7. Nothing further shall be filed in this case.

## ORDER

**IT IS ORDERED:**

1. Plaintiff's Request for Authorization for Filing (Dkt. 1) is DENIED.
2. Plaintiff's Application to Proceed in Forma Pauperis (Dkt. 5) is DENIED.
3. Plaintiff's Prisoner Complaint (Dkt. 7) is STRICKEN.
4. Plaintiff shall not file anything further, and the Clerk of Court shall not accept anything for filing, in this closed case, other than a notice of appeal.

DATED: September 3, 2020

David C. Nye
Chief U.S. District Court Judge